McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
KURT A. DIDIER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

SEP 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:18-CR-167-JAM |
|---|---|
| Plaintiff, | **JOINT MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND [PROPOSED] ORDER THEREON** |
| v. | |
| VINCENE R. JONES, | [No Hearing Requested] |
| Defendant. | |

Plaintiff United States of America and Defendant Vincene R. Jones, through their authorized representatives (the Parties), hereby move for an order authorizing Mrs. Jones to deposit a total of $114,896.00 into the Court's Deposit Fund (the Deposit). The Deposit represents the $100 special assessment due in the case and the $114,796.00 agreed upon restitution owing to the United States.

This Motion is based on the following grounds:

1. On August 29, 2018, the United States Attorney filed an Information charging Mrs. Jones with one count of theft of government property in violation of 18 U.S.C. § 641. On September 5, 2018, she fully executed a written waiver of prosecution by indictment.

2. Mrs. Jones has signed a plea agreement and will enter a plea of guilty consistent with that agreement on October 2, 2018. Pursuant to the plea agreement, Mrs. Jones agrees to pay a $100 special assessment and $114,796 in restitution to the United States.

///

The Parties thus agree that:

1. Defendant Vincene R. Jones, shall deposit the sum of $114,896.00 into the Court's Deposit Fund within 10 days of the filing of this Stipulation and Order (the Deposit). Mrs. Jones may make her payment by a single check or by two checks, one for the $100 special assessment and the other for the $114,796.00 restitution amount.

2. Mrs. Jones shall make the check(s) payable to the Clerk of Court, state her name and case number on the check and mail or deliver the payment(s) to the Clerk's office at 501 I Street, Suite 4-200, Sacramento, CA 95814.

3. The Deposit shall remain in the Court's Deposit Fund until final judgment is entered in the case or upon further order by this Court.

Respectfully submitted,

FOR THE UNITED STATES:

MCGREGOR W. SCOTT
United States Attorney

Dated: September 27, 2018

By: /s/ Robert J. Artuz

ROBERT J. ARTUZ
Special Assistant United States Attorney
KURT A. DIDIER
Assistant United States Attorney

FOR DEFENDANT VINCENE R. JONES:

Dated: September 27, 2018

By: /s/ Donald H. Heller

DONALD H. HELLER, counsel for
Defendant VINCENE R. JONES

# O R D E R

The Court, having reviewed the court files and the Parties' Joint Motion for Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. Defendant Vincene R. Jones shall PAY, within ten days following the filing of this order, $114,896.00 to the Clerk, United States District Court, via a cashier's check or money order.

2. The Clerk shall promptly DEPOSIT the $114,896.00 into the Court's Deposit Fund.

3. The $114,896.00 shall not be disbursed until entry of judgment in this case or upon further order of this Court.

IT IS SO ORDERED.

Dated: 9·28, 2018

HONORABLE JOHN A. MENDEZ
United States District Judge