1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA  95864
4  Telephone:   (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant

7  Vincene Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No: 2:18-CR-00167 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION & ORDER TO CONTINUE JUDGMENT AND SENTENCE AND DISCLOSURE SCHEDULE |
| Vincene R. Jones, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel, Special Assistant United States Attorney Robert R. Artuz, Esq., and defendant Vincene R. Jones, by and through her attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date for Judgment and Sentencing of January 8, 2019 to January 22, 2019.

The parties agree to this schedule of disclosure unless modified by the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | January 22, 2019 |
| Reply, or Statement of Non-Opposition: | January 15, 2019 |
| Motion for Correction of Presentence Report Be filed and Served on the Probation and Opposing Counsel, no later than: | January 8, 2019 |
| The Presentence Report Shall be Filed and Disclosed to Counsel no later than: | January 2, 2019 |
| Counsel's Written Objections to the Presentence Report shall be delivered to The Probation Officer no Later Than: | December 24, 2018 |
| The Proposed Presentence Report Shall Be Disclosed to Counsel no Later than: | December 11, 2018 |

Dated: November 7, 2018

Donald H. Heller,
A Law Corporation

*/s/ Donald H. Heller*
_____
DONALD H. HELLER
Attorney for Defendant
Vincene R. Jones

McGregor Scott
United States Attorney

*/s/ Robert R. Artuz by Donald Heller with authorization*
_____
Assistant U.S. Attorney
Attorney for the Government

//
//

2         Case No: 2:18-CR-00167 JAM

## ORDER

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Vincene Jones set for January 8, 2019, is VACATED;

2. Judgment and Sentencing is reset for January 22, 2019, at 9:15 a.m. The new Disclosure Schedule is approved.

**IT IS SO ORDERED**.

Dated: 11/8/2018

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge