1  DONALD H. HELLER, SBN 55717
2  DONALD H. HELLER,
   A Law Corporation
3  3638 American River Drive
   Sacramento, CA 95864
4  Telephone: (916) 974-3500
   Facsimile: (916) 520-3497
5  E-Mail: dheller@donaldhellerlaw.com

6  Attorneys for Defendant

7  Vincene Jones

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No: 2:18-CR-00167 JAM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION & ORDER TO CONTINUE JUDGMENT AND SENTENCE AND DISCLOSURE SCHEDULE |
| Vincene R. Jones, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel, Special Assistant United States Attorney Robert R. Artuz, Esq., and defendant Vincene R. Jones, by and through her attorney of record, Donald H. Heller, Esq, agree and stipulate to vacate the existing date for Judgment and Sentencing of January 22, 2019 to March 5, 2019.

The basis for the continuance is as follows: Mr. Heller was telephoned by United

1  Case No: 2:18-CR-00167 JAM

States Probation Officer Phillip Mizutani earlier this week as to continuing the sentencing in the above reference case from January 22, 2019 to March 5, 2019. Prior to the telephone call Mr. Mizutani has met with the defendant for a presentencing report interview and was provided with a completed presentencing report packet with supporting documents.  In the telephone call Mr. Mizutani indicated that he had a substantial workload of PSRs in progress as did all of his colleagues in the Probation Department and asked if we would oppose continuing the sentencing hearing date to March 5, 2019. I contacted Assistant U.S. Attorney Robert Artuz and he agreed to the continuance. Mr. Harry Vine was contacted as to the availability of the purposed date of March 5, 2019 and Mr. Vine advised that the was available; accordingly, it is jointly requested that Judgment and Sentencing in the above referenced matter be continued from January 22, 2019 to March 5, 2019.

The parties agree to this schedule of disclosure unless modified by the Court:

| | |
|---|---|
| Judgment and Sentencing Date: | March 5, 2019 |
| Reply, or Statement of Non-Opposition: | February 26, 2019 |
| Motion for Correction of Presentence Report Be filed and Served on the Probation and Opposing Counsel, no later than: | February 19, 2019 |
| The Presentence Report Shall be Filed and Disclosed to Counsel no later than: | February 5, 2019 |
| Counsel's Written Objections to the Presentence Report shall be delivered to The Probation Officer No Later Than: | January 29, 2019 |
| The Proposed Presentence Report Shall Be Disclosed to Counsel no Later than: | January 15, 2019 |

Dated: November 29, 2018

Donald H. Heller,
A Law Corporation

*/s/ Donald H. Heller*

---

DONALD H. HELLER
Attorney for Defendant
Vincene R. Jones

McGregor Scott
United States Attorney

*/s/ Robert R. Artuz by Donald Heller with authorization*

---

Assistant U.S. Attorney
Attorney for the Government

# ORDER

Based on the representations and stipulation of Counsel, **IT IS HEARBY ORDERED** that:

1. The Judgment and Sentencing Hearing for defendant Vincene Jones set for January 22, 2019, is VACATED;

2. Judgment and Sentencing is reset for March 5, 2019, at 9:15 a.m. The new Disclosure Schedule is approved.

**IT IS SO ORDERED**.

Dated: 11/29/18

/s/ John A. Mendez
HON. John A. Mendez
United State District Court Judge

3        Case No: 2:18-CR-00167 JAM